**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JASON BLAIR, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FIX IT FAST, LTD., SHAWN J. FULLER, Individually, and WILLIAM FULLER, Individually,<br><br>　　　　Defendants. | Case No. 1:15-CV-10861<br><br>Honorable Joan H. Lefkow |

## JOINT STIPULATION TO DISMISS

　　Plaintiff, Jason Blair, through his attorneys, and Defendants, Fix It Fast, Ltd., Shawn J. Fuller, William Fuller, through their attorneys, move this Honorable Court as follows:

1. The Parties have freely and voluntarily reached an agreed resolution to the above-captioned matter.

2. The Parties stipulate to the dismissal of Plaintiff's claims against all Defendants without prejudice and without costs.

WHEREFORE, Plaintiff and Defendants pray this Honorable Court enter an order dismissing and terminating the case against the Defendants, in its entirety, without prejudice, and without costs.

Date: September 16, 2016

| On Behalf of Plaintiff: | On Behalf of All Defendants: |
|---|---|
| /s/ John Billhorn | /s/ Jawayria Z. Kalimullah |
| John Billhorn | Jawayria Z. Kalimullah |
| Billhorn Law Firm | Moran Law Group |
| 53 West Jackson Blvd., Suite 840 | 309 W. Washington St., Suite 900 |
| Chicago, IL 60604 | Chicago, IL 60606 |
| 312.853.1450 | 312.630.0200 |
| jbillhorn@billhornlaw.com | jawayriak.moranlawgroup@gmail.com |